ACCEPTED
03-14-00795-CV
4907596
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 5:51:28 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00795-CV

JENNIFER SAMANIEGO,
*Appellant,*

v.

ALIEDA SILGUERO, *et al.*,
*Appellees.*

Court of Appeals
for the Third District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 5:51:28 PM
JEFFREY D. KYLE
Clerk

### Samaniego's Motion for 32-day Extension of Deadline to File Appellant's Opening Brief

Appellant Jennifer Samaniego moves for a 30-day extension of the deadline to file her brief. This is her first motion for an extension; the brief was due on April 2, 2015, and the requested extension would, because of a weekend, make the new deadline May 4, 2015.

Samaniego's counsel did not file Samaniego's brief because he didn't realize that the clock had started ticking. Samaniego's counsel spends most of his time in the First and Fourteenth Courts of Appeal and the Supreme Court. The routine in the First and Fourteenth Courts is that once the record is complete, the clerk sends the parties a notice of the deadline for the appellant's brief. The Supreme Court issues similar notices once a petition has been filed or when it orders briefing on the merits. Samaniego's counsel received the Court's notice that the clerk's record had been filed, but the Court's notice didn't state a briefing deadline. He believed that omitting the deadline from the notice meant that the Court was still waiting for something from the trial court or the county clerk. He was wrong, and he apologizes for the delay that error has caused the Court.

The error that lies solely at the feet of Samaniego's counsel shouldn't be visited upon Samaniego herself. It was a misunderstanding, an inadvertent failure to recognize that routines not prescribed by the Rules aren't necessarily going to be uniform among the state's many appellate courts. Her counsel intended to cause no delay, and the delay has caused no prejudice that Samaniego or her counsel can see. This inadvertence, Texas's preference for deciding cases on the merits of the arguments rather than procedural rulings, and the lack of prejudice to the appellee show good cause for the Court to extend the deadline

Samaniego prays that the Court make May 2, 2015, the deadline for her to file her brief.

Respectfully submitted,

THE OLSON FIRM PLLC

/s/ Leif A. Olson
Leif A. Olson
  leif@olsonappeals.com
  State Bar No. 24032801
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382
**Counsel for Samaniego**

## Certificate of Conference

On April 15, 2015, Nadia Ramkissoon, counsel for appellee Alieda Silguero, informed me that she opposes the requested extension.

/s/ Leif A. Olson

## Certificate of Service

On April 15, 2015, I served this *Samaniego's Motion for 32-day Extension of Deadline to File Appellant's Opening Brief* by electronic service upon:

Nadia Ramkissoon
nadia.ramkissoon@farmersinsurance.com
CLARK, PRICE & TREVINO
1701 Directors Blvd., Suite 920
Austin, Texas 78744
**Counsel for Appellee**
**Alieda Silguero**

/s/ Leif A. Olson